UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUSTAVO LUCIANO ARTILES,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. CV 14-743 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that defendant's decision is reversed, and the matter is remanded to the Commissioner for further administrative proceedings consistent with the memorandum of decision.

September 29, 2015

_____
ANDREW J. WISTRICH
United States Magistrate Judge