PATRICIA L. McCABE
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907-9726
Facsimile: (818) 907-6384
E-mail: patricia@mccabedisability.com

Attorney for Plaintiff,
GUSTAVO LUCIANO ARTILES

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUSTAVO LUCIANO ARTILES, <br><br> Plaintiff, <br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner Social Security, <br><br> Defendant. <br> _____ | Case No.: CV 14- 00743-AJW <br><br> ORDER FOR AN AWARD OF ATTORNEY'S FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) <br><br> Magistrate Judge: Andrew J. Wistrich |

Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that attorney fees be paid under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND, SEVEN HUNDRED FIFTY-FIVE and 12/100 DOLLARS ($4,755.12), pursuant to 28 U.S.C. § 2412(d), and, costs in the amount of FOUR HUNDRED and 00/100 DOLLARS ($400.00), pursuant to 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

January 7, 2016

_____
ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE